JS-6

*FILED*
*CLERK, U.S. DISTRICT COURT*
*MAR 12 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. STEVENS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A. HEDGPETH, et al.,<br><br>　　　　Respondents. | Case No. EDCV 08-269-CAS (RNB)<br><br>**J U D G M E N T** |

*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*MAR 12 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*

In accordance with the Order Re Summary Dismissal of Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: March 6, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE